AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
August 12, 2020
JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

## Return

| Case No.: 7:20mj74 | Date and time warrant executed: June 16, 2020 8:24 AM | Copy of warrant and inventory left with: LERS.GOOGLE.com |
|---|---|---|

Inventory made in the presence of: SA Joshua Rogers

Inventory of the property taken and name of any person(s) seized:

Digital files from Google Drive account received on August 11, 2020.

**Received in Chambers**
By Reliable Electronic Means
August 12, 2020
**Hon. Robert S. Ballou**
**United States Magistrate**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/11/2020

_Executing officer's signature_

David S Clements Task Force Officer
_Printed name and title_